1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 BASHIR MOHAMMED,                    )
                                        )   No. C 07-5220 WHA
13              Plaintiff,              )
                                        )
14         v.                           )   **STIPULATION TO EXTEND DATES;**
                                        )   **and [PROPOSED] ORDER**
15 ROBERT MUELLER, III, Director,       )
   Federal Bureau of Investigation;     )
16 GREGORY CHRISTIAN, Acting Director,  )
   Nebraska Service Center, USCIS;      )
17 EMILIO GONZALES, Director,           )
   U.S. Citizenship and Immigration Services; )
18 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security;     )
19 PAUL CLEMENT, Acting Attorney General, )
   Department of Justice;               )
20 TERRY RICE, San Francisco Field Office )
   Director, USCIS,                     )
21                                      )
                Defendants.              )
22                                      )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiff filed this action on or about October 11, 2007. The United States Attorney's Office

26 was not served until January 14, 2008.

27     2. Pursuant to this Court's October 11, 2007 Order Continuing Case Management Conference,

28 the parties are required to file a joint case management statement on January 10, 2008, and attend

Stipulation to Extend Dates
C07-5220 WHA                            1

1  a case management conference on January 18, 2008.

2     3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | March 14, 2008 |
| Last day to file Joint ADR Certification | March 20, 2008 |
| Last day to file/serve Joint Case Management Statement: | March 27, 2008 |
| Case Management Conference: | April 3, 2008 at 11:00 a.m. |

Dated: January 16, 2008               Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney


                                                             /s/
                                                        ILA C. DEISS
                                                        Assistant United States Attorney
                                                        Attorney for Defendants


Dated: January 16, 2008                         /s/
                                                        BEN LOVEMAN
                                                        Attorney for Plaintiff


**ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.


Date:                                                          
                                                         WILLIAM ALSUP
                                                        United States District Judge