JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASHIR MOHAMMED, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MUELLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; PAUL CLEMENT, Acting Attorney General, Department of Justice; TERRY RICE, San Francisco Field Office Director, USCIS, <br><br> Defendants. | No. C 07-5220 WHA <br><br> **ANSWER** |

Defendants hereby submit their answer to Plaintiff's Complaint for Writ of Mandamus.

**INTRODUCTION**

1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in Paragraph One.

2. Defendants deny the allegations in Paragraph Two.

ANSWER
C07-5220 WHA                                          1

3.  Defendants deny the allegations in Paragraph Three. Plaintiff's application was filed on January 5, 2004.

4.  Defendants admit their duty to adjudicate; however, Defendants deny the delay means the agency "failed" to adjudicate.

## PARTIES

5.  Defendants deny the allegations in Paragraph Five. Plaintiff was granted derivative asylum through his spouse.

6.  Defendants admit the allegations in Paragraph Six.

7.  Defendants admit the allegations in Paragraph Seven; however, the Director of the Nebraska Service Center is F. Gerard Heinauer.

8.  Defendants admit the allegations in Paragraph Eight.

9.  Defendants admit the allegations in Paragraph Nine; however, the Attorney General of the United States is Michael Mukasey.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants deny the allegations in Paragraph Eleven. San Francisco USCIS office has no involvement in this matter.

## JURISDICTION

12. Paragraph Twelve consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

13. Defendants deny the allegations in Paragraph Thirteen.

14. Paragraph Fourteen consists of Plaintiff's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, Defendants deny the allegations in this paragraph.

## VENUE

15. Paragraph Fifteen consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

**EXHAUSTION OF REMEDIES**

16. Defendants deny the allegations in Paragraph Sixteen.

**FACTUAL ALLEGATIONS**

17. Defendants admit the allegations in Paragraph Seventeen with the exception that Plaintiff was granted status as a derivative asylee through his spouse.

18. Defendants admit the allegations in Paragraph Eighteen with the exception that the application was filed on January 5, 2004.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Two.

23. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

24. There is no Paragraph Twenty-Four.

25. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Five.

26. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Six.

27. There is no Paragraph Twenty-Seven.

28. Defendants admit the first sentence in Paragraph Twenty-Eight; however, Defendants are without sufficient information to admit or deny the remaining allegations in this paragraph.

29. Defendants deny the allegations in Paragraph Twenty-Nine.

30. Defendants deny the allegations in Paragraph Thirty.

31. Defendants deny the allegations in Paragraph Thirty-One.

1  32. Defendants deny the allegations in Paragraph Thirty-Two.

2  33. Defendants deny the allegations in Paragraph Thirty-Three.

3  34. Defendants deny the allegations in Paragraph Thirty-Four.

4  35. Paragraph Thirty-Five consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

## SIXTH AFFIRMATIVE DEFENSE

Defendants' delay is not unreasonable as a matter of law.

///
///
///
///
///

1 | WHEREFORE, Defendants pray for relief as follows:

2 | That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's

3 | Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief

4 | as it deems just and proper under the circumstances.

5 | Dated: March 14, 2008                                    Respectfully submitted,

6 |                                                          JOSEPH P. RUSSONIELLO
                                                            United States Attorney

7 |

8 |                                                          _____/s/_____
                                                            ILA C. DEISS
9 |                                                          Assistant United States Attorney
                                                            Attorneys for Defendants

10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

ANSWER
C07-5220 WHA                                        5