1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 BASHIR MOHAMMED,                     )
                                        ) No. C 07-5220 WHA
13              Plaintiff,              )
                                        )
14         v.                           )
                                        ) **STIPULATION TO CONTINUE THE**
15 ROBERT MUELLER, III, Director,       ) **DATE OF THE CASE MANAGEMENT**
   Federal Bureau of Investigation;     ) **CONFERENCE; and [PROPOSED]**
16 GREGORY CHRISTIAN, Acting Director,  ) **ORDER**
   Nebraska Service Center, USCIS;      )
17 EMILIO GONZALES, Director,           )
   U.S. Citizenship and Immigration Services; )
18 MICHAEL CHERTOFF, Secretary,         )
   Department of Homeland Security;     )
19 PAUL CLEMENT, Acting Attorney General, )
   Department of Justice;               ) CMC Date: April 3, 2008
20 TERRY RICE, San Francisco Field Office ) Time: 11:00 a.m.
   Director, USCIS,                     )
21                                      )
                Defendants.             )
22 _____ )

23     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24 of record, hereby stipulate, subject to the approval of the Court, to extend the date of the case

25 management conference, currently scheduled for April 3, 2008, based on the following:

26     (1) Plaintiff filed a mandamus action on October 11, 2007, seeking an order from this Court

27 directing the United States Citizenship and Immigration Services ("USCIS") to adjudicate his

28 application to adjust to permanent resident status.

Stipulation to Continue CMC
C07-5220 WHA                                    1

1  (2) On March 28, 2008, the USCIS adjudicated Plaintiff's application.

2  (3) Plaintiff intends to dismiss his complaint upon receipt of his alien registration card which
3  the parties believe will occur within a matter of weeks.

4  (4) In the interest of judicial economy, the parties ask this Court to re-schedule the case
5  management conference in this case, which is currently scheduled for April 3, 2008, to May 1,
6  2008. If the case does not become moot, the parties will file a joint case management statement
7  seven days in advance of any re-scheduled case management conference.

Date: March 28, 2008                            Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                         /s/
                                                ILA C. DEISS[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants




                                                         /s/
Date: March 28, 2008                            BEN LOVEMAN
                                                Attorney for Plaintiff



**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  March 28, 2008.
                                                _____
                                                WILLIAM ALSUP
                                                United States District Judge



---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Continue CMC
C07-5220 WHA                                    2