1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 BASHIR MOHAMMED,                    )
                                       ) No. C 07-5220 WHA
13           Plaintiff,                )
                                       )
14      v.                             )
                                       ) **PARTIES' JOINT REQUEST TO BE**
15 ROBERT MUELLER, III, Director,      ) **EXEMPT FROM FORMAL ADR**
   Federal Bureau of Investigation;    ) **PROCESS** ; ORDER THEREON
16 GREGORY CHRISTIAN, Acting Director, )
   Nebraska Service Center, USCIS;     )
17 EMILIO GONZALES, Director,          )
   U.S. Citizenship and Immigration Services; )
18 MICHAEL CHERTOFF, Secretary,        )
   Department of Homeland Security;    )
19 PAUL CLEMENT, Acting Attorney General, )
   Department of Justice;              )
20 TERRY RICE, San Francisco Field Office )
   Director, USCIS,                    )
21                                     )
             Defendants.               )
22 _____ )

23

24     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

25 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

26 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

27 options provided by the court and private entities, and considered whether this case might benefit

28 from any of them.

Parties' Request to be Exempt from ADR Process
C07-5220 WHA                                      1

1  Here, the parties agree that referral to a formal ADR process will not be beneficial because this
2  mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate
3  his application for adjustment of status. Given the substance of the action and the lack of any
4  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
5  court resources.
6  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
7  ADR Multi-Option Program and that they be excused from participating in the ADR phone
8  conference and any further formal ADR process.

9  Dated: March 20, 2008                                Respectfully submitted,

10                                                      JOSEPH P. RUSSONIELLO
                                                        United States Attorney
11

12                                                              /s/
13                                                      ILA C. DEISS
                                                        Assistant United States Attorney
14                                                      Attorney for Defendants

15

16  Dated: March 20, 2008                                       /s/
                                                        BEN LOVEMAN
17                                                      Attorney for Plaintiff

18

19                                          **ORDER**
20      Pursuant to stipulation, IT IS SO ORDERED.
21

22

23  Date: April 1, 2008.
                                                        _____
24                                                      WILLIAM H. ALSUP
                                                        United States District Judge
25

26                                                      *IT IS SO ORDERED*
                                                        *Judge William Alsup*
27

28

Parties' Request to be Exempt from ADR Process
C07-5220 WHA                                    2