JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASHIR MOHAMMED,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT MUELLER, III, Director,<br>Federal Bureau of Investigation;<br>GREGORY CHRISTIAN, Acting Director,<br>Nebraska Service Center, USCIS;<br>EMILIO GONZALES, Director,<br>U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>PAUL CLEMENT, Acting Attorney General,<br>Department of Justice;<br>TERRY RICE, San Francisco Field Office<br>Director, USCIS,<br><br>            Defendants. | No. C 07-5220 WHA<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C07-5220 WHA                                                             1

1  Each of the parties shall bear their own costs and fees.

2  Date: April 8, 2008                                   Respectfully submitted,

3                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney

5                                                        _____/s/_____
                                                         ILA C. DEISS[1]
6                                                        Assistant United States Attorney
                                                         Attorneys for Defendants

9                                                        _____/s/_____
   Date: April 8, 2008                                   BEN LOVEMAN
10                                                       Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                                         WILLIAM ALSUP
                                                         United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5220 WHA                                             2