1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 BASHIR MOHAMMED,                )
                                   )  No. C 07-5220 WHA
13         Plaintiff,              )
                                   )
14     v.                          )  **STIPULATION TO DISMISS AND**
                                   )  **[PROPOSED] ORDER**
15 ROBERT MUELLER, III, Director,  )
   Federal Bureau of Investigation;)
16 GREGORY CHRISTIAN, Acting Director,)
   Nebraska Service Center, USCIS; )
17 EMILIO GONZALES, Director,      )
   U.S. Citizenship and Immigration Services;)
18 MICHAEL CHERTOFF, Secretary,    )
   Department of Homeland Security;)
19 PAUL CLEMENT, Acting Attorney General,)
   Department of Justice;          )
20 TERRY RICE, San Francisco Field Office)
   Director, USCIS,                )
21                                 )
           Defendants.             )
22 _____)

23     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

24 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26 ///

27 ///

28 ///

Stipulation to Dismiss
C07-5220 WHA                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: April 8, 2008            Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

9 | _____/s/_____
Date: April 8, 2008            BEN LOVEMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 9, 2008.

WILLIAM ALSUP
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C07-5220 WHA                            2